```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 61203
    SANDRA DENISE HAYDEN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-0498


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 10/16/2005 and was confirmed 01/05/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   42.00%.

      The case was paid in full 11/20/2008.
---------------------------------------------------------------------------
CREDITOR NAME                  CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
---------------------------------------------------------------------------
BANK ONE DEPOSIT ACCOUNT   UNSECURED        NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED           439.04            .00          184.40
CAPITAL ONE                UNSECURED          1134.90            .00          476.66
HSBC CARSON                UNSECURED        NOT FILED            .00             .00
CB USA                     UNSECURED           225.45            .00           94.69
FAMILY PRACTICE HEALTHCA   UNSECURED        NOT FILED            .00             .00
ARROW FINANCIAL SERVICES   UNSECURED           229.13            .00           96.23
MEDICAL PAYMENT DATA       UNSECURED        NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED          2743.72            .00         1152.36
SMC % CARSON PIRIE SCOTT   UNSECURED          1054.02            .00          442.69
RESURGENT CAPITAL SERVIC   UNSECURED          3192.37            .00         1340.80
SEVENTH AVENUE             UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED           457.61            .00          192.20
ERNESTO D BORGES JR        DEBTOR ATTY       2,500.00                        2,500.00
TOM VAUGHN                 TRUSTEE                                             439.97
DEBTOR REFUND              REFUND                                              573.00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    7,493.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     3,980.03
ADMINISTRATIVE                                2,500.00
TRUSTEE COMPENSATION                            439.97
DEBTOR REFUND                                   573.00
                         --------------     --------------
TOTALS                     7,493.00           7,493.00


                    PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 61203 SANDRA DENISE HAYDEN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE